IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAULA PAGONAKIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CA. No. 06-027 GMS |
| | ) |
| EXPRESS LLC a/k/a | ) |
| LIMITED BRANDS, INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION FOR EXTENSION OF TIME

Plaintiff, Paula Pagonakis and Defendant Express LLC hereby stipulate and agree, subject to the approval of the Court, and without waiving any defenses, that the deadline for the Defendant to reply or otherwise plead to the Complaint in this matter shall be extended to February 20, 2006.

| /s/ Gary Aber | /s/ Francis G.X. Pileggi |
|---|---|
| ABER GOLDLUST BAKER & OVER | FOX ROTHSCHILD LLP |
| Gary Aber (Del. I.D. 754) | Francis G.X. Pileggi (Del. I.D. 2624) |
| 702 King Street, Suite 600 | Citizens Bank Center, Suite 1300 |
| Wilmington, DE 19801 | 919 N. Market Street |
| (302) 472-4900 | Wilmington, Delaware 19801 |
| gaber@gablawde.com | (302) 655-3667 |
| | fpileggi@foxrothschild.com |
| ATTORNEYS FOR PLAINTIFF PAULA PAGONAKIS | ATTORNEYS FOR DEFENDANT EXPRESS LLC |