## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PAULA PAGONAKIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-027 |
| | ) | |
| EXPRESS, LLC, a/k/a | ) | |
| LIMITED BRANDS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### STATEMENT PURSUANT TO RULE 7.1(a)

Pursuant to the Corporate Disclosure Statement provisions in Rule 7 of the Federal Rules

of Civil Procedure:  Any non-governmental corporate party to a proceeding must file a statement

identifying all its parent, subsidiary and other affiliate corporations and listing any publicly held

company that owns 10% or more of the party's stock.  In compliance with those provisions, this

Corporate Disclosure Statement is filed on behalf of:

Express LLC, improperly sued as Express LLC, a/k/a Limited Brands, Inc.

1.    Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?

X    Yes                _ No

If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation

and the relationship between it and the named party:

Limited Brands, Inc. is the parent company.

2.    Is there a publicly owned corporation, not a party to the case, that has a financial interest

in the outcome?

___ Yes          X No

If the answer is Yes, list the identity of such corporation and the nature of the financial interest:

FOX ROTHSCHILD LLP

By: /s/ Francis G.X. Pileggi
        Francis G.X. Pileggi (#2624)
        Suite 1300
        919 N. Market Street
        Wilmington, DE 19801
        Phone: (302) 654-7444
        E-mail: fpileggi@foxrothschild.com

*Attorneys for Express LLC*

COUNSEL:

David A. Campbell (#0066494)
Lori L. Fauvie (#0076831)
Vorys, Sater, Seymour and Pease LLP
2100 One Cleveland Center
1375 East Ninth Street
Cleveland, Ohio 44114
(216) 479-6100 (Telephone)
(216) 479-6060 (Facsimile)
dacampbell@vssp.com
llfauvie@vssp.com

Dated: February 21, 2006

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2006, I electronically filed the **Statement Pursuant To Rule 7.1(A)** with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

Gary W. Aber, Esquire
Aber, Goldlust, Baker & Over
702 King Street
Wilmington Delaware 19801


　　　/s/ Francis G.X. Pileggi
Francis G.X. Pileggi (No. 2624)

WM1A 73946v1 02/20/06