# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PAULA PAGONAKIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-027 - GMS |
| | ) | |
| EXPRESS, LLC, a/k/a | ) | |
| LIMITED BRANDS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Lori L. Fauvie to represent Defendant Express LLC, improperly sued as Express LLC a/k/a Limited Brands, Inc., in the above matter. Pursuant to this Court's Standing Order, I hereby certify that the annual fee for *pro hac* admission for Lori L. Fauvie will be sent as required.

FOX ROTHSCHILD LLP

By:____/s/ Francis G.X. Pileggi_____
Francis G.X. Pileggi (No. 2624)
Sheldon K. Rennie (No. 3772)
Citizens Bank Center, Suite 1300
919 North Market Street
Wilmington, Delaware 19801
Telephone: (302) 655-3667
Fax: (302) 656-8920
E-Mail: fpileggi@foxrothschild.com
E-Mail: srennie@foxrothschild.com

Dated: February 27, 2006

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Lori L. Fauvie is GRANTED.

Dated: _____, 2006       _____
                                     Chief Judge

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 27, 2006, I electronically filed the **Motion and Order**

**for Admission Pro Hac Vice** with the Clerk of the Court using CM/ECF which will send

notification of such filing(s) to the following:

Gary W. Aber, Esquire
Aber, Goldlust, Baker & Over
702 King Street
Wilmington Delaware 19801

 /s/ Francis G.X. Pileggi
Francis G.X. Pileggi (No. 2624)

WM1A 74372v1 02/24/06