IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAULA PAGONAKIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-027 - GMS |
| ) | |
| EXPRESS, LLC, a/k/a ) | |
| LIMITED BRANDS, INC., ) | |
| ) | |
| Defendant. ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of David A. Campbell to represent Defendant Express LLC, improperly sued as Express LLC a/k/a Limited Brands, Inc., in the above matter. Pursuant to this Court's Standing Order, I hereby certify that the annual fee for *pro hac* admission for David A. Campbell will be sent as required.

                                              FOX ROTHSCHILD LLP

                                              By:  /s/ Francis G.X. Pileggi
                                                  Francis G.X. Pileggi (No. 2624)
                                                  Sheldon K. Rennie (No. 3772)
                                                  Citizens Bank Center, Suite 1300
                                                  919 North Market Street
                                                  Wilmington, Delaware 19801
                                                  Telephone: (302) 655-3667
                                                  Fax: (302) 656-8920
                                                  E-Mail: fpileggi@foxrothschild.com
                                                  E-Mail: srennie@foxrothschild.com

Dated: February 27, 2006

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of David A. Campbell is GRANTED.

Dated: _____, 2006     _____
                                                       Judge

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2006, I electronically filed the **Motion and Order for Admission Pro Hac Vice** with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

Gary W. Aber, Esquire
Aber, Goldlust, Baker & Over
702 King Street
Wilmington Delaware 19801

                                             /s/ Francis G.X. Pileggi
                                             Francis G.X. Pileggi (No. 2624)