LAW OFFICES

# ABER, GOLDLUST, BAKER & OVER

(AN ASSOCIATION OF LAW PRACTICES)

702 KING STREET, SUITE 600

P.O. BOX 1675

WILMINGTON, DELAWARE 19899-1675

GARY W. ABER, P.C.

PERRY F. GOLDLUST, P.A.*

DARRELL J. BAKER, P.A.

SUSAN C. OVER, P.C.

SHAUNA T. HAGAN

SAAGAR B. SHAH

(302) 472-4900

TELECOPIER (302) 472-4920

April 10, 2006

*ALSO ADMITTED IN NEW YORK

**ALSO ADMITTED IN PENNSYLVANIA

The Honorable Gregory M. Sleet
United States District Court
844 King Street
Wilmington, DE 19801

> RE:     Pagonakis v. Express, LLC
> C.A. No.: 06-027-GMS

Dear Judge Sleet:

Pursuant to your Order of April 5, 2006, the plaintiff submits the following status report.

1.      Jurisdiction and Service:  The defendant has admitted jurisdiction and service.

2.      Substance of the Action:  This case asserts claims for discrimination under the American's With Disabilities Act, retaliation under the Americans With Disabilities Act, and the Family Medical Leave Act.

3.      Identification of Issues:  Whether the defendants discriminated under the ADA, and retaliated under the ADA and FMLA.  The defendant suggests that the plaintiff was not disabled within the terms of the ADA.

4.      Narrowing of Issues:  Not possible.

5.      Relief:  Plaintiff seeks monetary damages, attorney fees, costs, and injunctive relief.

6.      Amendment of Pleadings:  None anticipated, except the defendant wants the caption changed to conform to the defendant's correct name.

The Honorable Gregory M. Sleet
April 10, 2006
Page Two

    7.     Joinder of Parties:  None.

    8.     Discovery:  The plaintiff anticipates using interrogatories, requests for production, requests for admissions, and depositions.  Plaintiff would estimate a discovery period of 180 days.

    9.     Estimate Trial Length:  4 days.

    10.    Jury Trial:  Plaintiff has requested a jury trial.

    11.    Settlement:  There have been no settlement discussions to date.  Plaintiff welcomes referral of this matter to the Magistrate for mediation.

    12.    Other Matters:  None at this time.

    13.    The Parties Have Conferred Concerning the Above Matters:  Yes.

Thank you for Your Honor's consideration.

Respectfully,

Gary W. Aber

GWA/mac
cc:    David Campbell, Esquire
       Jason Ehrenberg, Esquire
       Francis Peleggi, Esquire