IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PAULA PAGONAKIS, | ) | CASE NO. 06-027 GMS |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| EXPRESS, LLC, a/k/a | ) | |
| LIMITED BRANDS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SERVICE OF FILING INITIAL DISCLOSURES

Please take notice that Defendant Express, LLC, improperly sued as Express, LLC a/k/a Limited Brands, Inc., served its Initial Disclosures on the 31st of May upon counsel for Plaintiff, Gary W. Aber, Esq., Aber, Goldlust, Baker & Over, 702 King Street, P.O. Box 1675, Wilmington Delaware 19899 (gaber@gablawde.com); and James C. Bailey, Bailey & Ehrenberg PLLC, 1155 Connecticut Avenue, Suite 1100, Washington, D.C. 20036 (jcb@becounsel.com).

Respectfully Submitted,

/s/ Francis G.X. Pileggi
FRANCIS G.X. PILEGGI (I.D. # 2624)
LESLIE B. SPOLTORE (I.D. # 3605)
Fox Rothschild, LLP
Citizens Bank Center, Suite 1300
919 North Market Street
P.O. Box 2323
Wilmington, Delaware 19899-2323
TELEPHONE: (302) 654-7444
FAX: (302) 656-8920
E-MAIL: fpileggi@foxrothschild.com

*Of counsel:*
DAVID A. CAMPBELL (#0066494)
*Admitted pro hac vice*
LORI L. FAUVIE (#0076831)

*Admitted pro hac vice*
Vorys, Sater, Seymour and Pease LLP
2100 One Cleveland Center
1375 East Ninth Street
Cleveland, Ohio  44114
(216) 479-6100 (Telephone)
(216) 479-6060 (Facsimile)
dacampbell@vssp.com; llfauvie@vssp.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **Defendant Express, LLC's Notice of Service of Filing Initial Disclosures** was filed electronically on the 31st of May and was served upon counsel for Plaintiff, Gary W. Aber, Esq., Aber, Goldlust, Baker & Over, 702 King Street, P.O. Box 1675, Wilmington Delaware 19899 (gaber@gablawde.com).

                                              Leslie B. Spoltore, Esquire (I.D. No. 3605)