# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF DELAWARE

| | |
|---|---|
| PAULA PAGONAKIS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EXPRESS, LLC, a/k/a/ )<br>LIMITED BRANDS, INC. )<br>)<br>Defendant. )<br>) | Case No. 06-027<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE, that Plaintiff's First Set of Requests for Production of Documents Directed to Defendants was hand delivered to the following counsel on July 7, 2006

    Francis G.X. Pileggi, Esquire
    Fox Rothschild, LLP
    919 N. Market Street
    Wilmington, DE  19801

ABER, GOLDLUST, BAKER & OVER

    /s/ Gary W. Aber
Gary W. Aber (DE # 754)
Aber, Golust, Baker & Over
702 King Street
P.O. Box 1675
Wilmington, DE 19899
Tel:  (866) 826-4950
Fax:  (302) 472-4920

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the attached pleading was filed and served via electronic filing on July 7, 2006 to the following counsel:

>Francis G.X. Pileggi, Esquire
>Fox Rothschild, LLP
>919 N. Market Street
>Wilmington, DE  19801

>　　　　/s/ Melisa A. Chionchio
>Melissa A. Chionchio
>Secretary to Gary W. Aber, Esquire