## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF DELAWARE

| | |
|---|---|
| PAULA PAGONAKIS ) | |
| ) | |
| Plaintiff, ) | Case No. 06-027 |
| ) | |
| v. ) | **JURY TRIAL DEMANDED** |
| ) | |
| EXPRESS, LLC, a/k/a/ ) | |
| LIMITED BRANDS, INC. ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE, that Plaintiff's First Set of Interrogatories Directed to Defendants was hand delivered to the following counsel on July 14, 2006:

>Francis G.X. Pileggi, Esquire
>Fox Rothschild, LLP
>919 N. Market Street
>Wilmington, DE 19801

ABER, GOLDLUST, BAKER & OVER

_____/s/ Gary W. Aber_____
Gary W. Aber (DE # 754)
Aber, Golust, Baker & Over
702 King Street
P.O. Box 1675
Wilmington, DE 19899
Tel: (866) 826-4950
Fax: (302) 472-4920

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the attached pleading was filed and served via electronic filing on July 14, 2006 to the following counsel:

>Francis G.X. Pileggi, Esquire
>Fox Rothschild, LLP
>919 N. Market Street
>Wilmington, DE  19801

>       /s/ Melisa A. Chionchio
>Melissa A. Chionchio
>Secretary to Gary W. Aber, Esquire