IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAULA PAGONAKIS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>EXPRESS LLC a/k/a LIMITED )<br>BRANDS, INC., )<br>)<br>Defendant. ) | CASE NO. 1:06-CV-00027 (GMS) |

**DEFENDANT EXPRESS LLC'S NOTICE OF SERVICE
OF DEFENDANT'S FIRST SET OF INTERROGATORIES
AND REQUESTS FOR PRODUCTION OF DOCUMENTS**

Please take notice that Defendant Express LLC (improperly named as Express LLC a/k/a Limited Brands, Inc.) served its First Set of Interrogatories and Requests for Production of Documents via U.S. Mail, postage prepaid on July 21, 2006 to the following:

Gary W. Aber, Esquire
Aber, Golust, Baker & Over
702 King Street
P.O. Box 1675
Wilmington, DE 19899
*Counsel for Plaintiff*

James C. Bailey, Esquire
Jason H. Ehrenberg, Esquire
Bailey & Ehrenberg PLLC
1155 Connecticut Avenue NW
Suite 1100
Washington, DC 20036
*Of Counsel*

FOX ROTHSCHILD LLP

By:  /s/ Francis G.X. Pileggi
Francis G.X. Pileggi, Esquire (#2624)
Citizens Bank Center, Suite 1300
919 North Market Street
Wilmington, Delaware 19801
TELEPHONE: (302) 655-3667
FAX: (302) 656-8920
E-MAIL: fpileggi@foxrothschild.com

OF COUNSEL:

DAVID A. CAMPBELL (#0066494)
*Admitted pro hac vice*
LORI L. FAUVIE (#0076831)
*Admitted pro hac vice*
Vorys, Sater, Seymour and Pease LLP
2100 One Cleveland Center
1375 East Ninth Street
Cleveland, Ohio  44114
(216) 479-6100 (Telephone)
(216) 479-6060 (Facsimile)
dacampbell@vssp.com; llfauvie@vssp.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2006, I electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

Gary W. Aber, Esquire
Aber, Goldlust, Baker & Over
702 King Street
Wilmington Delaware 19801

                                            /s/ Francis G.X. Pileggi
                                        Francis G.X. Pileggi, Esquire (#2624)