# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAULA PAGONAKIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 1:06-CV-00027 (GMS) |
| | ) |
| EXPRESS LLC a/k/a | ) |
| LIMITED BRANDS, INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION TO CONTINUE DISCOVERY, DISPOSITIVE MOTION AND MOTIONS IN LIMINE DEADLINES

Pursuant to Local Rule 16.5, Plaintiff Paula Pagonakis ("Plaintiff") and Defendant Express, LLC ("Defendant") (collectively referred to hereinafter as the "Parties") hereby agree and stipulate to a short extension of the discovery, dispositive motion and motions in *limine* deadlines and request approval from this Court. This request is being made before the expiration of the discovery deadline. Pursuant to the Court's April 20, 2006 Scheduling Order, the discovery deadline is currently set for October 10, 2006; the dispositive motion deadline is set for October 24, 2006; and motions in *limine* are due on January 29, 2007.

This request is being made because although the Parties have been diligently pursuing discovery, they will be unable to complete all discovery before October 10, 2006. The Parties have exchanged written discovery and are finalizing the exchange of documents. The Parties have discussed scheduling depositions and are working together to find mutually available dates. As the case schedule currently stands, the Parties are unable to schedule depositions before the October 10, 2006 discovery deadline. Both lead counsel for Plaintiff and Defendant are located out of state, requiring travel. Moreover, lead counsel for Defendant is scheduled to be in trial the week of October 10, 2006. Accordingly, the Parties stipulate to the following proposed extension of the case schedule:

- Discovery cut off:             December 1, 2006
- Dispositive motion deadline:   December 15, 2006
- Motions in limine due:         February 1, 2007

The Parties' proposed extension will not affect the remaining case schedule, including the trial, which is scheduled for April 23, 2007. Lead counsel for Plaintiff and Defendant certify that a copy of this request has been provided to their clients. *See* attached Exhibit A.

| | |
|---|---|
| *Of counsel:*<br>David A. Campbell (#0066494)<br>*Admitted pro hac vice*<br>Lori L. Fauvie (#0076831)<br>*Admitted pro hac vice*<br>VORYS, SATER, SEYMOUR<br>AND PEASE LLP<br>2100 One Cleveland Center<br>1375 East Ninth Street<br>Cleveland, Ohio 44114<br>Telephone: 216-479-6100<br>Fax: 216-479-6060<br>dacampbell@vssp.com<br>llfauvie@vssp.com | By: */s/ Sheldon K. Rennie (#3772)*<br>Francis G.X. Pileggi, Esquire (# 2624)<br>Sheldon K. Rennie, Esquire (#3772)<br>**FOX ROTHSCHILD LLP**<br>Citizens Bank Center<br>919 North Market Street<br>Suite 1300, 13th Floor<br>Wilmington, DE 19801-2323<br>Telephone: 302-655-3667<br>Fax: 302-656-8920<br>fpileggi@foxrothschild.com<br>srennie@foxrothschild.com |
| *Of counsel:*<br>James C. Bailey (P.A. Bar #69086)<br>Jason H. Ehrenberg<br>Bailey & Ehrenberg PLLC<br>1155 Connecticut Avenue NW<br>Suite 1100<br>Washington, D.C.<br>Telephone: 202-787-3869<br>Fax: 202-318-7071<br>jcb@becounsel.com | By: s/ Gary Aber (email consent via James C. Bailey) on 9-25-06<br>Gary Aber (I.D. # 754)<br>Aber, Goldlust, Baker & Over<br>702 King Street<br>P.O. Box 1675<br>Wilmington, DE 19899<br>Telephone: 866-826-4950<br>Fax: 302-472-4920<br>gaber@gablawde.com |

_____
J.

Dated: September ____, 2006