EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAULA PAGONAKIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 1:06-CV-00027 (GMS) |
| EXPRESS LLC a/k/a LIMITED BRANDS, INC., | ) ) ) |
| Defendant. | ) |

**LOCAL RULE 16.5 CERTIFICATION OF PLAINTIFF'S COUNSEL**

Pursuant to Local Rule 16.5, I hereby certify that a copy of the *Stipulation To Continue Discovery, Dispositive Motion And Motions In Limine Deadlines* was sent to Plaintiff Paula Pagonakis.

                                          s/ James Bailey
                                          *One of the Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAULA PAGONAKIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 1:06-CV-00027 (GMS) |
| ) | |
| EXPRESS LLC a/k/a ) | |
| LIMITED BRANDS, INC., ) | |
| ) | |
| Defendant. ) | |

## LOCAL RULE 16.5 CERTIFICATION OF DEFENDANT'S COUNSEL

Pursuant to Local Rule 16.5, I hereby certify that a copy of the *Stipulation To Continue Discovery, Dispositive Motion And Motions In Limine Deadlines* was sent to Defendant Express, LLC's corporate representative.

s/ David A. Campbell
*One of the Attorneys for Defendant*

4