LAW OFFICES
# ABER, GOLDLUST, BAKER & OVER
(AN ASSOCIATION OF LAW PRACTICES)
702 KING STREET, SUITE 600
P.O. BOX 1675
WILMINGTON, DELAWARE 19899-1675

GARY W. ABER, P.C.
PERRY F. GOLDLUST, P.A.*
DARRELL J. BAKER, P.A.
SUSAN C. OVER, P.C.
SHAUNA T. HAGAN
SAAGAR B. SHAH

(302) 472-4900
TELECOPIER (302) 472-4920

*ALSO ADMITTED IN NEW YORK
**ALSO ADMITTED IN PENNSYLVANIA

November 1, 2006

**BY ELECTRONIC FILING**

The Honorable Gregory M. Sleet
U.S. District Court
District of Delaware
844 N. King Street
Lockbox 19
Wilmington, DE 19801

    Re:    *Pagonakis v. Express LLC*, Case No. 06-027 (D. Del).

Dear Judge Sleet:

    In anticipation of the discovery conference scheduled for November 2, 2006 at 11:30 a.m. in the above-captioned matter, Plaintiff Paula Pagonakis submits the following items to be presented to the Court:

**Plaintiff's Issues:**

- Defendant's failure to produce responsive documents in response to Plaintiff's First Set of Requests for Production of Documents to Defendant.

- Defendant's failure to provide dates for depositions of defense witnesses and failure to supplement its Initial Disclosures and notify Plaintiff that several defense witnesses are no longer employees of Defendant

- Defendant's failure to respond adequately to Plaintiff's First Set of Interrogatories.

- Defendant's failure to timely object to Plaintiff's First Set of Requests for Production of Documents and Plaintiff's First Set of Interrogatories to Defendant.

**Defendant's Issues:**

- Plaintiff's unwillingness to abide by the agreements reached between counsel during a conference call held on October 26, 2006;

- Plaintiff's failure to meet and confer on the one outstanding discovery issue that remains unresolved – Interrogatories Numbers 3 and 5; and

- If the Court finds that Plaintiff has satisfied her meet and confer obligations on Interrogatories 3 and 5, whether Defendant's objections should be sustained.

Respectfully,

/s/ Gary W. Aber

Gary W. Aber

GWA/mac