IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAULA PAGONAKIS, )<br>)<br>Plaintiff, )<br>v. )<br>) CASE NO. 06-027 (GMS)<br>EXPRESS, LLC, a/k/a )<br>LIMITED BRANDS, INC., )<br>)<br>Defendant. ) | |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that Defendant Express LLC shall take the deposition of Plaintiff Paula Pagonakis on November 20, 2006 at 1 p.m. at the offices of Bailey & Ehrenberg, 1155 Connecticut Avenue, NW Suite 1100, Washington, DC 20036. The deposition shall be taken pursuant to Rule 30 of the Federal Rules of Civil Procedure and will be recorded by stenographic means.

Respectfully Submitted,

By:   */s/ Sheldon K. Rennie (#3772)*
Francis G.X. Pileggi, Esquire (#2624)
Sheldon K. Rennie, Esquire (#3772)
**FOX ROTHCHILD LLP**
Citizens Bank Center, Suite 1300
919 North Market Street
P.O. Box 2323
Wilmington, Delaware 19899-2323
TELEPHONE: (302) 654-7444/
FAX: (302) 656-8920
E-MAIL: fpileggi@foxrothschild.com
          srennie@foxrothschild.com

-and-

DAVID A. CAMPBELL (#0066494)
*Admitted pro hac vice*
LORI L. FAUVIE (#0076831)
*Admitted pro hac vice*
Vorys, Sater, Seymour and Pease LLP
2100 One Cleveland Center
1375 East Ninth Street
Cleveland, Ohio  44114
(216) 479-6100 (Telephone)
(216) 479-6060 (Facsimile)
dacampbell@vssp.com; llfauvie@vssp.com