## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing *Notice of Deposition* was filed electronically on the 17th of November, 2006. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                               */s/ Sheldon K. Rennie (#3772)*
                                                Sheldon K. Rennie