IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAULA PAGONAKIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 06-27-SLR ) |
| EXPRESS LLC, a/k/a Limited Brands Inc., | ) ) ) |
| Defendant. | ) ) |

**O R D E R**

At Wilmington this 28th day of November, 2006, having recently received this case from Judge Gregory M. Sleet;

IT IS HEREBY ORDERED that a telephonic scheduling conference shall be conducted on **Friday, December 8, 2006** at **8:30 a.m.** Counsel for plaintiff shall coordinate and initiate this call.

                                                          _____
United States District Judge