IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| PAULA PAGONAKIS ) | |
| ) | |
| Plaintiff, ) | Case No. 06-027 |
| ) | |
| v. ) | **JURY TRIAL DEMANDED** |
| ) | |
| EXPRESS, LLC, a/k/a/ ) | |
| LIMITED BRANDS, INC. ) | |
| ) | |
| Defendant. ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of James C. Bailey to represent Plaintiff, Paula Pagonakis in this matter.

ABER, GOLDLUST, BAKER & OVER

/s/ Gary W. Aber
GARY W. ABER (DSB #754)
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE 19899
302-472-4900
Attorney for Plaintiff

DATED: November 30, 2006

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PAULA PAGONAKIS | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 06-027 |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| EXPRESS, LLC, a/k/a/ | ) | |
| LIMITED BRANDS, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

_____
J.

DATED: _____

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

_____
James C. Bailey
BAILEY & EHRENBERG PLLC
1155 Connecticut Avenue NW
Suite 1100
Washington, DC 20036
T: (202) 787-3869
F: (202) 318-7071
E: jcb@becounsel.com

DATED: October 23, 2006

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the attached pleading was filed and served via hand delivery and electronic filing on November 30, 2006 to the following counsel:

>Francis G.X. Pileggi, Esquire
>Fox Rothschild, LLP
>919 N. Market Street
>Wilmington, DE 19801

>_____/s/ Melisa A. Chionchio_____
>Melissa A. Chionchio
>Secretary to Gary W. Aber, Esquire