## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PAULA PAGONAKIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 1:06-CV-00027 (SLR) |
| | ) | |
| EXPRESS LLC a/k/a | ) | |
| LIMITED BRANDS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## SECOND STIPULATION TO CONTINUE DISCOVERY,
## DISPOSITIVE MOTION AND MOTIONS IN LIMINE DEADLINES

1.      Pursuant to Local Rule 16.5, Plaintiff Paula Pagonakis ("Plaintiff") and Defendant Express LLC ("Defendant") (collectively referred to hereinafter as the "Parties") hereby agree and stipulate to a short extension of the discovery, dispositive motion and motions in limine deadlines and request approval from this Court.

2.      This request is being made before the expiration of the discovery deadline. Pursuant to the Judge Sleet's Order of September 26, 2006, which granted the parties first request for extension of deadlines, the discovery deadline is currently set for December 1, 2006, the dispositive motion deadline is set for December 15, 2006, and motions in limine are due by February 1, 2007.

3.      This request is being made because although the Parties have been diligently pursuing discovery, they will be unable to complete all discovery before December 1, 2006.  The Parties have exchanged written discovery and are finalizing the exchange of documents.

4.      The Parties had met with discovery disagreements and have attempted to meet and confer on numerous occasions in order to avoid judicial intervention, which meeting and conferring had consumed time.

5.      The Parties have discussed scheduling depositions, the Plaintiffs deposition has been taken and one of Defendant's employees has been deposed, and they are working together to find mutually available dates for additional witnesses.

6.      The parties have recently learned that several witnesses that will need to be deposed by Plaintiff are no longer in the employ and control of Defendant, and Plaintiff is seeking their testimony via subpoena. At least one of those witnesses lives outside of this judicial district, in New Jersey.

7.      In addition, both lead counsel for Plaintiff and Defendant are located out of state, requiring travel, and time off due to the Thanksgiving, and Christmas/Hanukah Holidays will consume additional time and will present further difficulties in scheduling the depositions of third parties.

8.      Accordingly, the Parties stipulate to the following proposed extension of the case schedule:

- Discovery cut off:            February 1, 2006

- Dispositive motion deadline:  February 15, 2006

- Motions in limine due:        April 1, 2006

9.      In terms of the remaining dates, the Parties' understand that now that this matter has been transferred to Judge Sue L. Robinson, Judge Robinson may designate other dates per her own schedule, and the Parties obviously will abide by any dates Judge Robinson proposes for trial and the like.

10.     Lead counsel for Plaintiff and Defendant certify that a copy of this request has been provided to their clients. *See* attached Exhibit A.

2

*Of counsel:*
David A. Campbell (#0066494)
*Admitted pro hac vice*
Lori L. Fauvie (#0076831)
*Admitted pro hac vice*
VORYS, SATER, SEYMOUR
   AND PEASE LLP
2100 One Cleveland Center
1375 East Ninth Street
Cleveland, Ohio  44114
Telephone: 216-479-6100
Fax: 216-479-6060
dacampbell@vssp.com
llfauvie@vssp.com

By /s/ Francis G. X. Pileggi
   Francis G.X. Pileggi (I.D. # 2624)
   FOX ROTHSCHILD LLP
   Citizens Bank Center
   919 North Market Street
   Suite 1300, 13th Floor
   Wilmington, DE 19801-2323
   Telephone: 302-655-3667
   Fax: 302-656-8920
   fpileggi@foxrothschild.com

*Of counsel:*
James C. Bailey
Jason H. Ehrenberg
Bailey & Ehrenberg PLLC
1155 Connecticut Avenue NW
Suite 1100
Washington, D.C.
Telephone: 202-787-3869
Fax: 202-318-7071
jcb@becounsel.com

By:   /s/Gary W. Aber
   Gary Aber (I.D. # 754)
   Aber, Goldlust, Baker & Over
   702 King Street
   P.O,. Box 1675
   Wilmington, DE 19899
   Telephone: 866 -826-4950
   Fax: 302-472-4920
   gaber@gablawde.com

_____
The Honorable Sue L. Robinson

Dated:  November 30, 2006

WM1A 85962v1 09/21/06

11/30/2006 - Cleveland - 1095205

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| PAULA PAGONAKIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 1:06-CV-00027 (GMS) |
| | ) | |
| EXPRESS LLC a/k/a | ) | |
| LIMITED BRANDS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**LOCAL RULE 16.5 CERTIFICATION OF PLAINTIFF'S COUNSEL**

Pursuant to Local Rule 16.5, I hereby certify that a copy of the *Stipulation To Continue Discovery, Dispositive Motion And Motions In Limine Deadlines* was sent to Plaintiff Paula Pagonakis.


　　　　　　　　　　 /s/ Gary W. Aber
　　　　　　　　　　 *One of the Attorneys for Plaintiff*

4

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| PAULA PAGONAKIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 1:06-CV-00027 (GMS) |
| | ) | |
| EXPRESS LLC a/k/a | ) | |
| LIMITED BRANDS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## LOCAL RULE 16.5 CERTIFICATION OF DEFENDANT'S COUNSEL

Pursuant to Local Rule 16.5, I hereby certify that a copy of the *Stipulation To Continue Discovery, Dispositive Motion And Motions In Limine Deadlines* was sent to Defendant Express, LLC's corporate representative.


/s/ Gary W. Aber
*One of the Attorneys for Defendant*


5