# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAULA PAGONAKIS, | : |
|         Plaintiff, | : |
| v. | :   Civil Action No. 06-27-GMS |
| EXPRESS, LLC, a/k/a LIMITED BRANDS, INC., | : |
|         Defendant. | : |

## ORDER

At Wilmington this **1st** day of **December, 2006**,

IT IS ORDERED that a teleconference has been scheduled for **Friday, December 8, 2006 at 10:00 a.m.** with Judge Thynge to discuss the status of the case and the mediation date of January 10, 2007, as previously scheduled in the Court's May 31, 2006 Order. **Plaintiff's counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

                                        /s/ Mary Pat Thynge
                                        UNITED STATES MAGISTRATE JUDGE