IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PAULA PAGONAKIS | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 06-027 (SLR) |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| EXPRESS, LLC, a/k/a/ | ) | |
| LIMITED BRANDS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Jason H. Ehrenberg to represent Plaintiff, Paula Pagonakis, in this matter.

/s/ Gary W. Aber

Gary W. Aber (DSB # 754)
Aber, Golust, Baker & Over
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE 19899
Tel: (866) 826-4950
Fax: (302) 472-4920
gaber@gablawde.com

Attorney for Plaintiff

Dated: December 8, 2006

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| PAULA PAGONAKIS ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EXPRESS, LLC, a/k/a/ ) <br> LIMITED BRANDS, INC. ) <br> ) <br> Defendant. ) <br> ) | Case No. 06-027 (SLR) <br><br> **JURY TRIAL DEMANDED** |

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

_____
J.

Dated:_____

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| PAULA PAGONAKIS ) | |
| ) | |
| Plaintiff, ) | Case No. 06-027 (SLR) |
| ) | |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| EXPRESS, LLC, a/k/a/ ) | |
| LIMITED BRANDS, INC. ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

/s/ Jason H. Ehrenberg
Jason H. Ehrenberg
BAILEY & EHRENBERG PLLC
1155 Connecticut Avenue NW
Suite 1100
Washington, D.C. 20036
Tel: (202) 465-4739
Fax: (202) 318-7071
jhe@becounsel.com

DATED: December 7, 2006

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the attached pleading was filed and served via electronic filing on December 7, 2006 on the following counsel:

David A. Campbell
Lori L. Fauvie
VORYS, SATER, SEYMOUR
  AND PEASE LLP
2100 One Cleveland Center
1375 East Ninth Street

Francis G.X. Pileggi (I.D. # 2624)
FOX ROTHSCHILD LLP
Citizens Bank Center
919 North Market Street
Suite 1300, 13th Floor
Wilmington, DE 19801-2323

/s/ Gary W. Aber
_____
Gary W. Aber