## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAULA PAGONAKIS, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-27-SLR |
| EXPRESS, LLC, a/k/a LIMITED BRANDS, INC., | : |
| Defendant. | : |

## ORDER

At Wilmington this **8th** day of **December, 2006**,

IT IS ORDERED that the mediation scheduled for January 10, 2007 at 10:00 a.m. has been rescheduled to **Tuesday, June 19, 2007 at 10:00 a.m.** Submissions of the parties shall now be due on or before **Friday, June 8, 2007.** All other provisions of the Court's May 31, 2006 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE