IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAULA PAGONAKIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 1:06-CV-00027 (SLR) |
| | ) |
| EXPRESS LLC a/k/a | ) |
| LIMITED BRANDS, INC., | ) |
| | ) |
| Defendant. | ) |

**SECOND STIPULATION TO CONTINUE DISCOVERY,
DISPOSITIVE MOTION AND MOTIONS IN LIMINE DEADLINES**

1. Pursuant to Local Rule 16.5, Plaintiff Paula Pagonakis ("Plaintiff") and Defendant Express LLC ("Defendant") (collectively referred to hereinafter as the "Parties") hereby agree and stipulate to a short extension of the discovery and dispositive motion deadlines and request approval from this Court.

2. The Parties stipulate to the following proposed extension of the case schedule:

   - Discovery cut off:          March 1, 2007 *slr*
   - Dispositive motion deadline: April 2, 2007 *slr*

3. In terms of the remaining dates, the Parties' understand that now that this matter has been transferred to Judge Sue L. Robinson, Judge Robinson may designate other dates per her own schedule, and the Parties obviously will abide by any dates Judge Robinson proposes for trial and the like.

4. Lead counsel for Plaintiff and Defendant certify that a copy of this request has been provided to their clients. See attached Exhibit A.

| | |
|---|---|
| *Of counsel:*<br>David A. Campbell (#0066494)<br>*Admitted pro hac vice*<br>Lori L. Fauvie (#0076831)<br>*Admitted pro hac vice*<br>VORYS, SATER, SEYMOUR<br>  AND PEASE LLP<br>2100 One Cleveland Center<br>1375 East Ninth Street<br>Cleveland, Ohio 44114<br>Telephone: 216-479-6100<br>Fax: 216-479-6060<br>dacampbell@vssp.com<br>llfauvie@vssp.com | By: /s/ Francis G.X. Pileggi<br>Francis G.X. Pileggi (I.D. # 2624)<br>FOX ROTHSCHILD LLP<br>Citizens Bank Center<br>919 North Market Street<br>Suite 1300, 13th Floor<br>Wilmington, DE 19801-2323<br>Telephone: 302-655-3667<br>Fax: 302-656-8920<br>fpileggi@foxrothschild.com |
| *Of counsel:*<br>James C. Bailey<br>*Admitted pro hac vice*<br>Jason H. Ehrenberg<br>*Admission pro hav vice pending*<br>Bailey & Ehrenberg PLLC<br>1155 Connecticut Avenue NW<br>Suite 1100<br>Washington, D.C.<br>Telephone: 202-787-3869<br>Fax: 202-318-7071<br>jcb@becounsel.com | By: /s/ Gary W. Aber<br>Gary W. Aber (I.D. # 754)<br>Aber, Goldlust, Baker & Over<br>702 King Street<br>P.O,. Box 1675<br>Wilmington, DE 19899<br>Telephone: 866 -826-4950<br>Fax: 302-472-4920<br>gaber@gablawde.com |

SO ORDERED:

_____
J.
12/15/06

Dated: December 13, 2006

WMIA 85962v1 09/21/06