## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAULA PAGONAKIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 06-027 SLR |
| | ) |
| EXPRESS, LLC, a/k/a | ) |
| LIMITED BRANDS, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF CONTINUED DEPOSITION
## OF PLAINTIFF PAULA PAGONAKIS

Please take notice that Defendant Express LLC shall take the continued deposition of Plaintiff Paula Pagonakis on Monday, February 19, 2007, starting at 11 a.m. at the law firm of Michie Hamlett Lowry Rasmussen & Tweel PLLC, 500 Court Square, Suite 300, Charlottesville, VA 22902. The deposition shall be taken pursuant to Rule 30 of the Federal Rules of Civil Procedure and will be recorded by stenographic means.

Respectfully Submitted,

**Fox ♦ Rothchild LLP**

By: /s/ Francis G.X. Pileggi
FRANCIS G.X. PILEGGI (#2624)
Citizens Bank Center, Suite 1300
919 North Market Street
Wilmington, Delaware 19801
Telephone: (302) 655-3667
Facsimile: (302) 656-8920
E-Mail: fpileggi@foxrothschild.com

                                      DAVID A. CAMPBELL (#0066494)
                                      *Admitted pro hac vice*
                                      LORI L. FAUVIE (#0076831)
                                      *Admitted pro hac vice*
                                      Vorys, Sater, Seymour and Pease LLP
                                      2100 One Cleveland Center
                                      1375 East Ninth Street
                                      Cleveland, Ohio  44114
                                      Telephone:  (216) 479-6100
                                      Facsimile:  (216) 479-6060
                                      E-mail:  dacampbell@vssp.com
                                      E-mail:  llfauvie@vssp.com

                                      *Attorneys for Defendant, Express, LLC*

Date:  February 16, 2007

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **Notice of Continued Deposition of Plaintiff Paula Pagonakis** was filed electronically on the 16th of February 2007. Parties may access this filing through the Court's system with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

Gary W. Aber, Esquire
Aber, Goldlust, Baker & Over
702 King Street
Wilmington Delaware 19801

                                    /s/ Francis G.X. Pileggi
                                    Francis G.X. Pileggi (#2624)