IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PAULA PAGONAKIS | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 06-027 |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| EXPRESS, LLC, a/k/a/ | ) | |
| LIMITED BRANDS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S FIRST MOTION TO COMPEL**

Plaintiff Paula Pagonakis ("Plaintiff"), by counsel, pursuant to Rule 37 of the Federal Rules of Civil Procedure and Rule 37.1 of the Local Rules of the United States District Court for the District of Delaware, hereby moves the Court for an order (1) compelling Defendant to provide responses to Plaintiff's First Set of Interrogatories, and (2) compelling Defendant to provide responsive documents to Plaintiff's First Set of Requests for Production of Documents.

The Court is respectfully referred to the attached Memorandum of Point and Authorities in support of this Motion. A proposed order is also attached.

In compliance with Local Rule 7.1.1 counsel for Plaintiff states that it he has made multiple, reasonable attempts resolve to reach agreement with the opposing attorneys on the matters set forth in the instant motion, to no avail.

Dated: February 23, 2007

Respectfully submitted,

*//s//  Gary W. Aber*
_____
Gary W. Aber (DE # 754)
Aber, Golust, Baker & Over
702 King Street
P.O. Box 1675
Wilmington, DE 19899
Tel:  (866) 826-4950
Fax:  (302) 472-4920
gaber@gablawde.com

**Of counsel:**

James C. Bailey*
Jason H. Ehrenberg*
BAILEY & EHRENBERG PLLC
1155 Connecticut Avenue NW
Suite 1100
Washington, D.C. 20036
Tel:  (202) 787-3869
Fax:  (202) 318-7071
jcb@becounsel.com
jhe@becounsel.com

*  Admitted *pro hac vice*