IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PAULA PAGONAKIS | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 06-027 |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| EXPRESS, LLC, a/k/a/ | ) | |
| LIMITED BRANDS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S SECOND MOTION TO COMPEL**

Plaintiff Paula Pagonakis ("Plaintiff"), by counsel, pursuant to Rule 37 of the Federal Rules of Civil Procedure and Rule 37.1 of the Local Rules of the United States District Court for the District of Delaware, hereby moves the Court for an order (1) compelling Defendant to produce for deposition a Fed. R. Civ. P. Rule 30(b)(6) corporate designee, and (2) compelling Defendant to provide contact information for, or produce for deposition, one of its former managerial employees.

The Court is respectfully referred to the attached Memorandum of Point and Authorities in support of this Motion. A proposed order is also attached.

In compliance with Local Rule 7.1.1 counsel for Plaintiff states that they have made multiple, reasonable attempts resolve to reach agreement with the opposing attorneys on the matters set forth in the instant motion, to no avail.

Dated: March 1, 2007                Respectfully submitted,

                                    *//s//*  *Gary W. Aber*
                                    _____
                                    Gary W. Aber (DE # 754)
                                    Aber, Golust, Baker & Over
                                    702 King Street
                                    P.O. Box 1675
                                    Wilmington, DE 19899
                                    Tel:  (866) 826-4950
                                    Fax:  (302) 472-4920
                                    gaber@gablawde.com

                                    **Of counsel:**

                                    James C. Bailey*
                                    Jason H. Ehrenberg*
                                    BAILEY & EHRENBERG PLLC
                                    1155 Connecticut Avenue NW
                                    Suite 1100
                                    Washington, D.C. 20036
                                    Tel:  (202) 787-3869
                                    Fax:  (202) 318-7071
                                    jcb@becounsel.com
                                    jhe@becounsel.com

*  Admitted *pro hac vice*