EXHIBIT "A"

**Fauvie, Lori L.**

| | |
|---|---|
| From: | Fauvie, Lori L. |
| Sent: | Friday, February 02, 2007 5:05 PM |
| To: | Jason Ehrenberg |
| Cc: | Campbell, David A. |
| Subject: | Paula Pagonakis |

Dear Jason:

I write regarding the depositions you requested in the above-referenced matter. Our 30(b)(6) witness, Rosie Rock, is available on February 22, 2007 at 1 p.m. for her deposition. Ms. Rock is located in Columbus, Ohio and, based on your correspondence, it is our understanding that you will take her deposition via telephone. I will provide you with the phone number for Ms. Rock's deposition closer to the date. Would you like us to secure a court reporter? How long do you anticipate Ms. Rock's deposition lasting?

I will provide you with Ms. O'Neill's (Zapp) availability for her deposition the beginning of next week.

Additionally, please provide us with Plaintiff's availability for her continued deposition (which we agreed upon during her deposition in November).

Thank you,

Lori Fauvie

Lori L. Fauvie
Vorys, Sater, Seymour and Pease LLP
1375 East Ninth Street
2100 One Cleveland Center
Cleveland, Ohio 44114-1724
Telephone: 216/479-6141
Facsimile: 216/937-3759
llfauvie@vssp.com

1