## CERTIFICATE OF SERVICE

I, Sheldon K. Rennie, hereby certify that on this 15th day of March, 2007, a copy of *Defendant Express, LLC's Answering Memorandum of Law in Opposition to Plaintiff's Second Motion to Compel*, was served upon the Plaintiff, via CM/ECF File & Serve, through the following counsel of record:

Gary W. Aber, Esquire
Aber Goldlust Baker & Over
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE  19899-1675

                                             */s/ Sheldon K. Rennie*
                                             Sheldon K. Rennie (#3772)