IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAULA PAGONAKIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CA. No. 06-027 SLR |
| | ) |
| EXPRESS LLC a/k/a | ) |
| LIMITED BRANDS, INC., | ) |
| | ) |
| Defendant. | ) |

**STIPULATION AND ORDER FOR EXTENSION
OF DISPOSITIVE MOTION DEADLINE**

Plaintiff, Paula Pagonakis and Defendant Express LLC through their respective undersigned counsel hereby stipulate and agree, subject to the approval of the Court, that the deadline for dispositive motions shall be extended to May 2, 2007.

/s/ Gary Aber
ABER GOLDLUST BAKER & OVER
Gary Aber (Del. I.D. 754)
702 King Street, Suite 600
Wilmington, DE 19801
(302) 472-4900
gaber@gablawde.com

ATTORNEYS FOR PLAINTIFF PAULA
PAGONAKIS

/s/ Sheldon K. Rennie
FOX ROTHSCHILD LLP
Francis G.X. Pileggi (Del. I.D. 2624)
Sheldon K. Rennie (Del. I.D. 3772)
Citizens Bank Center, Suite 1300
919 N. Market Street
Wilmington, Delaware 19801
(302) 655-3667
fpileggi@foxrothschild.com

ATTORNEYS FOR DEFENDANT
EXPRESS LLC

SO ORDERED:

Dated:_____

_____
THE HONORABLE SUE L. ROBINSON
UNITED STATES DISTRICT COURT JUDGE

WM1A 96862v1 03/29/07