IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAULA PAGONAKIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 1:06-CV-00027 (SLR) |
| | ) |
| EXPRESS LLC a/k/a | ) |
| LIMITED BRANDS, INC., | ) |
| | ) |
| Defendant. | ) |

**STIPULATION REGARDING DISPOSITIVE MOTIONS**

1. Pursuant to Local Rule 7.1.2(B), Plaintiff Paula Pagonakis ("Plaintiff") and Defendant Express LLC ("Defendant") (collectively referred to hereinafter as the "Parties") hereby agree and stipulate, subject to the Court's approval, to submit memoranda of points and authorities in support of summary judgment (and in opposition thereto) in place of briefs.

2. Pursuant to Local Rule 7.1.2(B), the parties further agree and stipulate, subject to the Court's approval, to the following briefing schedule:

    a. Memoranda in Support of Summary Judgment: **May 2, 2007** (as previously agreed to by the parties and ordered by the Court).

    b. Opposition Memoranda: **May 23, 2007**.

    c. Reply Memoranda: **June 6, 2007**.

3. In support of this agreement and stipulation, the parties note that no date has been set for the pretrial conference in this matter. The parties also note that no date has been set for the trial in this matter.

WM1A 99013v1 04/30/07

4. Lead counsel for both Plaintiff and Defendant certify that a copy of this request has been provided to their clients.

| | |
|---|---|
| *Of counsel:* <br> David A. Campbell (#0066494) <br> *Admitted pro hac vice* <br> Lori L. Fauvie (#0076831) <br> *Admitted pro hac vice* <br> VORYS, SATER, SEYMOUR <br>   AND PEASE LLP <br> 2100 One Cleveland Center <br> 1375 East Ninth Street <br> Cleveland, Ohio  44114 <br> Telephone: 216-479-6100 <br> Fax: 216-479-6060 <br> dacampbell@vssp.com <br> llfauvie@vssp.com | By:   /s/ Francis G.X. Pileggi <br> Francis G.X. Pileggi (I.D. # 2624) <br> FOX ROTHSCHILD LLP <br> Citizens Bank Center <br> 919 North Market Street <br> Suite 1300, 13th Floor <br> Wilmington, DE 19801-2323 <br> Telephone: 302-655-3667 <br> Fax: 302-656-8920 <br> fpileggi@foxrothschild.com |
| *Of counsel:* <br> James C. Bailey <br> *Admitted pro hac vice* <br> Jason H. Ehrenberg <br> *Admission pro hav vice pending* <br> Bailey & Ehrenberg PLLC <br> 1155 Connecticut Avenue NW <br> Suite 1100 <br> Washington, D.C. <br> Telephone: 202-787-3869 <br> Fax: 202-318-7071 <br> jcb@becounsel.com | By:   /s/ Gary Aber <br> Gary Aber (I.D. # 754) <br> Aber, Goldlust, Baker & Over <br> 702 King Street <br> P.O,. Box 1675 <br> Wilmington, DE 19899 <br> Telephone: 866 -826-4950 <br> Fax: 302-472-4920 <br> gaber@gablawde.com |

_____
Hon. Sue L. Robinson