**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

PAULA PAGONAKIS,                              )
                                             )
                    Plaintiff,                )
v.                                            )
                                             )        Case No.:  06-027 (SLR)
EXPRESS, LLC, a/k/a                          )
LIMITED BRANDS, INC.,                        )
                                             )
                    Defendant.                )

## MOTION OF DEFENDANT EXPRESS, LLC
## FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant Express, LLC

("Express"), by and through its undersigned attorneys, hereby moves this Court for summary

judgment in its favor on all Counts of the Complaint filed by Plaintiff Paula Pagonakis because

no genuine issues of material fact exist for trial and Express is entitled to judgment as a matter of

law.  A Memorandum in Support, the Declarations of Jennifer Hinkle and Rosie Rock, and

portions of the deposition transcripts of Paula Pagonakis, Jennifer Hinkle and Elise Zapp are

attached hereto in support of this Motion.

Respectfully Submitted,

*/s/ Sheldon K. Rennie (#3772)*
Francis G.X. Pileggi, Esquire (#2624)
Sheldon K. Rennie, Esquire (#3772)
**FOX ROTHCHILD LLP**
Citizens Bank Center, Suite 1300
919 North Market Street, P.O. Box 2323
Wilmington, Delaware  19899-2323
(302) 654-7444 (Tel); (302) 656-8920 (Fax)
E-MAIL: fpileggi@foxrothschild.com
E-MAIL: srennie@foxrothschild.com

-and-

DAVID A. CAMPBELL (#0066494)
*Admitted pro hac vice*
LORI L. FAUVIE (#0076831)
*Admitted pro hac vice*
Vorys, Sater, Seymour and Pease LLP
2100 One Cleveland Center
1375 East Ninth Street
Cleveland, Ohio  44114
(216) 479-6100 (Tel);(216) 479-6060 (Fax)
dacampbell@vssp.com; llfauvie@vssp.com

*Attorneys for Defendant*

DATED:  May 2, 2007