## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 2nd day of May, 2007 a copy of *Defendant Express, LLC's Motion for Summary Judgment and Memorandum of Law in Support of Motion for Summary Judgment* was filed electronically and served upon the following counsel of record:

Gary W. Aber, Esquire
Aber, Goldlust, Baker & Over
702 King Street
P.O. Box 1675
Wilmington DE 19899

James C. Bailey, Esquire
Bailey & Ehrenberg PLLC
1155 Connecticut Avenue, Suite 1100
Washington, D.C. 20036

                                                    */s/ Sheldon K. Rennie (#3772)*
                                                     *Sheldon K. Rennie (#3772)*