OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

**DEFICIENCY NOTICE**

DATE: _5/23/07_

TO: _Gary W. Aber, Esq._

RE: CA# _06-27-SLR_ CASE CAPTION: _Pagonakis v. Express LLC_

Please note that a document submitted for filing (or courtesy copy thereof) in the above noted case *does not conform* to one or more of the Administrative Procedures Governing Filing and Service by Electronic Means, or other local rules/practices:  ☐ **The Court will take no action on subject document until discrepancies are corrected.**

or  ☐ **Corrective action has been taken by the Court, however future filings should address these concerns.**

☐ D.I.#____ Courtesy copy not received by end of next business day.

☐ D.I.#____ Document or courtesy copy not properly bound (rubber bands/clips not acceptable).

☐ D.I.#____ Notice of Filing Paper or Multi-media Materials filed; items not yet received.

☐ D.I.#____ Redacted copy of sealed document not filed within 5 business days.

☐ D.I.#____ Pro Hac Vice fee not paid for attorney(s)_____.

☐ D.I.#____ Attorney account used to file document does not agree with the signature /s/ on document.

☐ D.I.#____ Certificate of Service (when required) was not included as last page of the document.

☐ D.I.#____ Certificate of Service (when required) does not show service on all NON-electronic parties.

☐ D.I.#____ No electronic /s/ signature or actual signature of filer(s) found in all applicable blocks.

☐ D.I.#____ Discovery document(s) erroneously filed. Document will be removed from the docket.

☐ D.I.#____ L.R. 7.1.1 statement not included as required for non-dispositive motions.

☐ D.I.#____ Request for extension of discovery or trial deadline lacks proof of notification to the client, or lacks the reasons for the request.

☐ D.I.#____ Brief does not conform to local rules:_____.

☐ D.I.#____ Document(s) on CD exceeds maximum file size of 4.0 megabytes. Please divide document into multiple pdf. segments under 4.0 MB each and resubmit to Clerk for filing.

☐ D.I.#____ Sealed documents not properly presented for filing -_____.

☐ D.I.#____ Document is not in a readable PDF format. Please correct and resubmit to Clerk's Office.

☑ D.I.# _53_ Does not contain the signature of local counsel on the brief for the certificate of service as required by L.R. 83.5(d).

If there are any questions concerning this matter, contact the Clerk's Office, at 573-6170. Also, refer to *ECF Tips* and *Administrative Procedures* on our web site, at **http:www.ded.uscourts.gov**.

cc:    Assigned Judge

_J. Tassone_
Deputy Clerk

(DEFICIENCY NOTICE - Rev. 11/06)