## CERTIFICATE OF SERV ICE

The undersigned certifies that on this 23rd day of May 2007, copies of the foregoing were served via the District Court's ECF electronic filing system upon the following:

Francis G.X. Pileggi
Sheldon K. Rennie
Fox Rothchild LLP
Citizens Bank Center, Suite 1300
919 North Market Street
P.O. Box 2323
Wilmington Delaware  19899-2323


David Campbell
Lori L. Fauvie
Vorys, Sater, Seymour and Pease LLP
1375 East Ninth Street
2100 One Cleveland Center
Cleveland, Ohio 44114-1724

                                                                 //s// *Gary W. Aber*
                                                                _____
                                                                Gary W. Aber