

EXHIBIT 3

## Summit Rehabilitation Medicine, Inc.

MICHAEL J. DELAHANTY, D.O.
KENNARD C. FORD, M.D.
JAMES P. KLEJKA, M.D.
JAMES G. BEEGAN, M.D.
ANTHONY A. HAYEK, D.O.

1621 Flickinger Rd.
Akron, OH 44312
(330) 784-9306

August 27, 1997

Office of Student Disability Services
Kent State University Stark Campus
6000 Frank Avenue NW
Canton, Ohio  44720-7599

Re: Disability Verification
    Paula Pagonakis

Below I have provided the information which you have requested for the above named patient.

1. The patient's DSM-IV Diagnosis are:  Closed Head Injury  854.0
                                        Adjustment Disorder with Depressed Mood  309.0
                                        Cognitive Disorder  294.9
                                        Fibromyalgia  729.1
2. The patient has persistent visual dysfunction related to her closed head injury. This at times, causes her difficulty with reading and causes her to become disoriented, or lose her equilibrium when exposed to bright or moving lights, or other visual stimuli, such as multiple objects moving simultaneously.
3. She also has persistent vertigo related to her closed head injury with a tendency to backward imbalance. She also has multiple areas of pain in her neck, back and limbs due to the fibromyalgia. She has multiple admitted "personal insecurities" due to these chronic problems.
4. The patient is on no prescribed medications at this time.
5. Accommodations that would be helpful for this patient would include: extra time for exams, distraction-free space, availability of tutoring and availability of taping of lectures and books on tape, as needed.
6. I would recommend that that patient start with one college level course when she initially returns to school. I would also recommend that supportive counseling be available to the patient within the school environment.

Sincerely,

Michael J. Delahanty, D.O.
Fellow, American Academy of Physical Medicine and Rehabilitation

MJD.raz
cc: Paula Pagonakis

3975 Embassy Pkwy, Ste. 002
Akron, OH 44333
(330) 668-4094

Inpatient & Outpatient Rehabilitation
Physical Medicine & Pain Management
Electromyography & Nerve Conduction Studies

525 East Market St
Akron, OH 44309
(330) 375-4721

P001462