# EXHIBIT 11

Total Care Physicians, P.A.
Family Medicine Office
Glasgow Medical Center
Suite 124
2600 Glasgow Avenue
Newark, DE 19702

302-836-4200 (voice)
302-836-8431 (fax)

Exp
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

TO: Susan

FAX NUMBER: 614-577-3596

FROM: LW

DATE: 12/10

RE:

TOTAL NUMBER OF PAGES BEING SENT, including cover page:

---

TOTAL CARE PHYSICIANS, P.A.
[ ] Philadelphia Pike Office [ ] Omega Office [✓] Glasgow Office

### RETURN TO WORK MEDICAL CERTIFICATION

Patient Name: Paula Pagonakis has been under my care from 12/8/03 to 12/22/03 and is able to return to work on 12/23/03. I certify that this patient is able to resume performing the function of his/her position with or without reasonable accommodation. Necessary accommodation(s) is/are as follow(s): Flex work hours; no lifting at work; no climbing

Dr. Bedilla, P.                              12/10/03
Health Care Provider                         Date

I am allowing my health care provider to release to my employer the reason for my absence from work. _____

Patient's Signature                          Depression / OCD (Episodic ??)
                                             Diagnosis

EXPRESS-PAG000014

12/23/03

TO: H.R. DIRECT

ATTN: SUSAN

FROM: PAULA PAGONAKIS
STORE 340



DEFENDANT'S
EXHIBIT
3
PAGONAKIS

---

TOTAL CARE PHYSICIANS, P.A.

[ ] Philadelphia Pike Office  [ ] Omega Office  [✓] Glasgow Office

### RETURN TO WORK MEDICAL CERTIFICATION

Patient Name: Paula Pagonakis  has been under my care from 12-8-03 to 12-22-03 and is able to return to work on 12-23-03. I certify that this patient is able to resume performing the function of his/her position with or without reasonable accommodation. Necessary accommodation(s) is/are as follows: needs previous accommodations

_Padilla/a_  12-18-03
Health Care Provider       Date: 500 GLASGOW AVE.
                                 SUITE 134
                                 NEWARK, DE 19702

I am allowing my health care provider to release to my employer the reason for my absence from work.

Patient's Signature         Diagnosis

December 23, 2003

To Whom It May Concern:

Paula Pagonakis is under my care. Due to her traumatic brain injury in 1995 she needs the following accomadations with her job:
1. Daylight work hours
2. Well lit work area
3. No climbing
4. No wet work place
5. Periodic break as provided by law
6. Intermitten days off every 3-4 days

Please call our office if you have any additional questions.

Sincerely,

[signature], M.D.
jb/et



Professional Bldg. — Suite 101, 1320 Philadelphia Pike, Wilmington, DE 19809   302-798-0666
Omega Professional Center, Bldg. B-Suite 88, Omega Drive, Newark, DE 19713   302-738-9500
Glasgow Medical Center, Suite 124, 2600 Glasgow Avenue, Newark, DE 19702   302-836-4200

EXPRESS-PAG000010

March 24, 2004

Ana Klancic
Express – Springfield Mall
Space 7,8,9
1250 Baltimore Pike
Springfield, PA 13064

CC: Kristyn Bosley
    Susan – HR Direct

Dear Ana,

I am sending a hard copy as a follow-up to the resignation letter Faxed to you last Thursday so I can feel more assured you have received it.

I have had no response to any form of communication from either you or Kristyn since the start of my medical leave February 3, 2004. I have communicated to you through e-mail, phone messages, voicemail and FAX during this time period with no response from you or Kristyn.

Sincerely,

*Paula J. Pagonakis*

Paula J. Pagonakis

Enc: copy of Faxed letter of resignation March 18, 2004.

