# EXHIBIT 12

Pagonakis vs. Express, LLC, aka Limited Brands, Inc.   03-29-07   Rosie Rock

Page 1

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

PAULA PAGONAKIS,           )
                           )
    Plaintiff,             )
                           )
vs.                        )  Case No.
                           )  06-027-SLR
EXPRESS, LLC., A/K/A       )
LIMITED BRANDS, INC.,      )
                           )
    Defendant.             )

VIDEOGRAPHIC TELEPHONIC DEPOSITION OF

ROSIE ROCK

Taken at the offices of
VORYS, SATER, SEYMOUR & PEASE, LLP
52 East Gay Street
Columbus, Ohio 43216-1008

on March 29, 2007, at 9:00 a.m.

Reported by: Rhonda Lawrence, RPR/CRR

-=O=-

Pagonakis vs. Express, LLC, aka Limited Brands, Inc.    03-29-07                                    Rosie Rock

Page 54

1  learned from our other HR representative was
2  that Anna Klancic was using race as a
3  decision -- as a hiring decision for certain
4  stores in her location, which is against our
5  policy.
6      Q. For certain stores. Okay. And is
7  that -- do you know anything else, or is
8  that all that you know?
9      A. That -- that's the extent of it,
10 yes.
11     Q. Okay. And do you know whether the
12 company would have kept a personnel file for
13 Ms. Klancic?
14     A. I don't know for certain, no.
15     Q. But if it did, that would have been
16 kept in a regional office?
17     A. Yes, it would have been.
18     Q. And do you know what Ms. Klancic's
19 title was when she left the company?
20     A. District manager.
21     Q. And as a district manager, what
22 would her -- who would she report to?
23     A. She would report then to the
24 regional manager.

Page 55

1      Q. And do you know who the regional
2  manager was at -- at the time of her
3  departure?
4      A. No, I don't.
5      Q. Okay. And I think from what you
6  told me before, a regional manager would
7  report to a zone VP?
8      A. Yes.
9      Q. Okay. Now, as a district manager,
10 would Ms. Klancic have any role in -- would
11 she -- should she have any role in any -- if
12 an associate within her umbrella had an
13 issue with a -- an accommodation in the
14 workplace, is that something that
15 Ms. Klancic as a district manager would be
16 made aware of?
17     A. Yes.
18     Q. Okay. And what would her role be
19 in -- with regard to that issue?
20     A. Her role would be to work with human
21 resource -- human resources to determine if
22 the accommodation could be met.
23     Q. And when you say work with human
24 resources, would that be -- well, I guess,

Page 56

1  who would that be in human resources,
2  what -- what job title?
3      A. She would work with the HR manager.
4      Q. And would that be -- today, let's
5  say --
6      A. Uh-huh.
7      Q. -- if -- if I were a district
8  manager, would you be one of the HR managers
9  that I would discuss this with?
10     A. Yes, I would be.
11     Q. Okay. So you yourself in your role
12 as a, I guess, field or zone HR manager,
13 deal with these kinds of issues?
14     A. It is under my realm of
15 responsibility, yes. I have never
16 personally dealt with it, though.
17     Q. Okay. And do you know who the HR
18 manager was at the time that Paula Pagonakis
19 requested her accommodation?
20     A. I've -- I've heard through a company
21 representative that it was Tara Kessler.
22     Q. Okay. So if Anna Klancic was the
23 district manager at the time Paula Pagonakis
24 had her issue with an accommodation, and

Page 57

1  Tara Kessler was the relevant HR manager,
2  then Tara and Anna would have been the ones
3  to make the decision?
4      A. Well, they would have taken
5  partnership. So the HR manager would have
6  partnered with the HR vice president, the
7  director and the VP, and with our general
8  counsel if necessary.
9      Q. Okay. And what would the role of HR
10 direct be, if any, in all of this?
11     A. Well, when the per -- when the
12 associate would first come to us for a need
13 of accommodation, we -- we first and
14 foremost send them to HR direct, because
15 we -- the information that we get in the
16 brand as a human resource manager is just
17 what the accommodation needs are, not why.
18 That's only given to HR direct. So then HR
19 direct communicates to us what the -- the
20 necessary accommodations are and then we
21 work with our partners to determine then if
22 we can accommodate that.
23     Q. Okay. Okay. All right. If you can
24 just hold on for one second.

15 (Pages 54 to 57)

2007-May-23 07:09 PM Bailey & Ehrenberg PLLC 2023187071 4/4

Case 1:06-cv-00027-SLR   Document 56-13   Filed 05/23/2007   Page 4 of 4

Pagonakis vs. Express, LLC, aka Limited Brands, Inc.   03-29-07   Rosie R

Page 50

1    A. No, sir, I do not know.
2    Q. Okay. Do you know an individual by
3    the name of Anna Klancic?
4    A. No, I do not.
5    Q. Okay. So you wouldn't know the
6    circumstances surrounding her departure from
7    Express?
8    A. No.
9         MR. CAMPBELL: Jason, this was a
10   topic as to it, so she's investigated but
11   she doesn't have personal knowledge.
12   A. No, I do not.
13        MR. EHRENBERG: Dave, can you repeat
14   that, I —
15        MR. CAMPBELL: This was a topic and
16   so she investigated the reasons why Anna
17   Klancic was let go and can testify to those
18   based as a company representative. She does
19   not have personal knowledge because she was
20   not involved in it.
21        MR. EHRENBERG: Right. I'm — I'm
22   asking her, and she just said she doesn't
23   know.
24        MR. CAMPBELL: Okay. Well, she —

Page 51

1    she now understands the role. You're asking
2    her about she believed is her personal
3    knowledge. If you want to ask her as a
4    company rep, she can answer that because she
5    did investigate it.
6         MR. EHRENBERG: And the other
7    questions that I asked?
8         MR. CAMPBELL: Jason, there is a
9    specific topic, the reasons defendant
10   terminated Anna Klancic —
11        MR. EHRENBERG: (Indiscernible)
12   Dave, before you answer, I'm — I'm going to
13   ask the witness again before we get to
14   Ms. Klancic whether she knows why Kristin
15   Bosley left the company.
16   A. Kristin Bosley, no, I do not.
17   Q. And you don't know in your capacity
18   as a corporate representative?
19   A. No.
20   Q. Okay. And the same would hold true
21   for Tara Kessler?
22   A. Correct.
23   Q. Okay. And I'm not asking you to
24   tell me the reason, but do you know in your

Page 52

1    personal capacity why Ms. Kessler left the
2    company?
3    A. No.
4    Q. Okay. Now, with regard to Anna
5    Klancic, I believe you stated you do not
6    know why she left the company?
7    A. I know why she left the company
8    based off of our computer system which I
9    looked up.
10   Q. Okay.
11   A. And that was a termination based off
12   of a policy violation.
13        MR. CAMPBELL: And — and, Jason,
14   she further investigated that, but is this
15   subject to a protective order?
16        MR. EHRENBERG: Everything is
17   subject to a protective order.
18        MR. CAMPBELL: Okay. Because I
19   don't want to discuss specific reasons for
20   another employee's discharge and have it —
21   have it out there not subject to a
22   protective order.
23        MR. EHRENBERG: No. And we'd be
24   happy to enter into (indiscernible).

Page 53

1         MR. CAMPBELL: Okay. And she can go
2    into the — the specifics from what she
3    learned through discussions with other HR
4    representatives at the time. She wasn't
5    involved. But she can talk — talk in
6    generalities as to that, subject to the
7    protective order.
8    BY MR. EHRENBERG:
9    Q. I believe, Ms. Rock, you said that
10   the termination was based on —
11   A. Policy violation.
12   Q. And do you know approximately when
13   Ms. Klancic left the company?
14   A. I do not.
15   Q. Okay. And can you tell me from what
16   you've learned what the circumstance —
17   well, strike that.
18        Do you know what the policy
19   violation was?
20   A. No.
21   Q. Okay. From your discussions with
22   other people at the company, do you know
23   anything more than what you've told me?
24   A. Yes, sir, I do. What — what I