**CERTIFICATE OF SERV ICE**

The undersigned certifies that on this 23rd day of May 2007, copies of the

foregoing were served via the District Court's ECF electronic filing system upon the

following:


Francis G.X. Pileggi
Sheldon K. Rennie
Fox Rothchild LLP
Citizens Bank Center, Suite 1300
919 North Market Street
P.O. Box 2323
Wilmington Delaware  19899-2323


David Campbell
Lori L. Fauvie
Vorys, Sater, Seymour and Pease LLP
1375 East Ninth Street
2100 One Cleveland Center
Cleveland, Ohio 44114-1724

//s// *Gary W. Aber*

_____

Gary W. Aber