IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PAULA PAGONAKIS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-27-SLR |
| | : | |
| EXPRESS, LLC, a/k/a LIMITED BRANDS, INC., | : | |
| | : | |
| Defendant. | : | |

## ORDER

At Wilmington this **5th** day of **June, 2007**,

IT IS ORDERED that the mediation scheduled for Tuesday, June 19, 2007 at 10:00 a.m. is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE