IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAULA PAGONAKIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-27-SLR |
| | ) |
| EXPRESS, LLC, a/k/a LIMITED BRANDS, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 18th day of June, 2007, having reviewed the pending motions to compel filed by the above captioned plaintiff, and the papers filed in connection therewith;

IT IS ORDERED that:

1. Plaintiff's first motion to compel (D.I. 38) is granted to the following extent: On or before **July 16, 2007**, defendant shall produce (a) information relating to other **written** complaints of ADA and FMLA discrimination that were submitted between January 2002 and December 2004 for the geographic areas for which plaintiff's supervisors were responsible, and (b) those portions of the personnel files of Kessler, Klancic, Bosley and O'Neil that in any way relate to disciplinary actions.

2. Plaintiff's second motion to compel (D.I. 40) is granted, to the extent that, on or before **July 16, 2007**, defendant is required to supplement the record with any information it has in its possession regarding current contact information for former

employee Kristin Bosley. The court understands that defendant did make a 30(b)(6) witness available for deposition; if not, it must do so on or before **July 16, 2007.**.

    3. On or before **August 13, 2007,** the parties may supplement their summary judgment papers to reflect (and only to reflect) the results of this additional discovery.

_____
United States District Judge
