IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAULA PAGONAKIS, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) Civ. No. 06-027-SLR ) |
| EXPRESS, LLC, a/k/a LIMITED BRANDS, INC., | ) ) ) |
|     Defendant. | ) ) |

### ORDER

At Wilmington this 14th day of February, 2008, consistent with the memorandum opinion issued this same date;

IT IS HEREBY ORDERED that:

1. Defendant's motion for partial summary judgment (D.I. 48) is denied.

2. Defendant's motion for summary judgment (D.I. 50) is granted. The Clerk of Court is directed to enter judgment in favor of defendant and against plaintiff.

 

_____
United States District Judge