IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAULA PAGONAKIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-027-SLR |
| | ) |
| EXPRESS LLC, a/k/a | ) |
| LIMITED BRANDS, INC. | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

For reasons stated in the court's memorandum opinion and order of

February 14, 2008;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby

entered in favor of defendant and against plaintiff.

United States District Judge

Dated: Februrary 20, 2008

(By) Deputy Clerk