IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PAULA PAGONAKIS | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 06-cv-0027 (SLR) |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| EXPRESS, LLC, a/k/a/ | ) | |
| LIMITED BRANDS, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff in the captioned matter, Paula Pagonakis, hereby appeals to the United States Court of Appeals for the Third Circuit from the February 14, 2008 Memorandum Opinion and Order of the Court that disposed entirely of her action.

Dated:  February 28, 2008              Respectfully submitted,

                                       //s//  Gary W. Aber
                                       _____
                                       Gary W. Aber
                                       Aber, Golust, Baker & Over
                                       702 King Street
                                       P.O. Box1675
                                       Wilmington, DE 19899
                                       **302-472-4900**
                                       gaber@gablawde.com

                                       and

                                       James B. Bailey*
                                       Jason H. Ehrenberg*
                                       BAILEY & EHRENBERG PLLC
                                       1155 Connecticut Avenue NW
                                       Suite 1100
                                       Washington, D.C. 20036

Tel:  (202) 465-4729

* Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 28th day of February 2007, copies of the foregoing were served via the District Court's ECF electronic filing system upon the following:

Francis G.X. Pileggi
Sheldon K. Rennie
Fox Rothchild LLP
Citizens Bank Center, Suite 1300
919 North Market Street
P.O. Box 2323
Wilmington Delaware  19899-2323

David Campbell
Lori L. Fauvie
Vorys, Sater, Seymour and Pease LLP
1375 East Ninth Street
2100 One Cleveland Center
Cleveland, Ohio 44114-1724

//s// *Gary W. Aber*
_____
Gary W. Aber