OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**

UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

Website: http://www.ca3.uscourts.gov

TELEPHONE

215-299-4922

March 20, 2008

## NOTICE OF DOCKETING OF APPEAL

**Pagonakis v. Express LLC**

**No. 06-cv-00027**

**(Honorable Sue L. Robinson)**

An appeal by**(Paula Pagonakis)** was filed in the above-caption case on 2/28/08, and docketed in this Court on 3/20/08, at No. **08-1753**.

Kindly use the Appeals Docket No. **08-1753** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

Please notify Case Manager **Aina Laws** at Aina_Laws@ca3.uscourts.gov of any orders, opinions, etc. filed and scanned after the Notice of Appeal has been forwarded to the Court of Appeals.

**Marcia M. Waldron**
**Clerk**